AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Teaneck Board of Education, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:16-CV-06658-SDW-LDW |
| The Innisfree Foundation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Innisfree Foundation

Date:   11/29/2016

*Attorney's signature*

John D. Rue - 047032005
*Printed name and bar number*

John Rue & Associates
40 South Fullerton Avenue
Montclair, New Jersey 07042

*Address*

john@johnruelaw.com
*E-mail address*

(800) 488-1364
*Telephone number*

(862) 283-3156
*FAX number*