Isabel Machado, Esq. ID#022371998
MACHADO LAW GROUP
136 Central Avenue
Second Floor
Clark, New Jersey 07066
T: (732) 540-8276
F: (732) 540-8296
Attorneys for Defendants
Teaneck Board of Education and
Dennis Frohnapfel

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEANECK BOARD OF EDUCATION AND DENNIS FROHNAPFEL, INTERIM SCHOOL BUSINESS ADMINISTRATOR/ BOARD SECRETARY,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE INNISFREE FOUNDATION,<br><br>*Defendant.* | Civil Action<br><br>Docket No. 2:16-cv-06658<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(i)** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)**

Pursuant to F.R.C.P. 41(a)(1(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, the Teaneck Board of Education and Dennis Frohnapfel, and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant.

Date: 2/10/17

MACHADO LAW GROUP
Attorneys for Teaneck Board of Education
and Dennis Frohnapfel

By: _____
Isabel Machado, Esq.

So Ordered
this 14th day of FEB - 2017
_____
Susan D. Wigenton, U.S.D.J.